UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-30001-MAP

UNITED STATES OF AMERICA )
)
)
vs. )
)
)
DAVID CECCHETELLI )

**NOTICE OF APPEARANCE FOR ARRAIGNMENT ONLY**

Please enter my appearance as attorney for the Defendant, David Cecchetelli, in the above-captioned matter.

Respectfully submitted,
THE DEFENDANT

By: _____
DANIEL P. GARVEY, ESQUIRE
73 Chestnut Street
Springfield, MA 01103
(413) 731-9990
BBO#: 633952

Dated: March 8, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served in hand on the _____, Assistant United States Attorney, on this eighth day of March, 2005.

_____
DANIEL P. GARVEY, ESQUIRE