UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30001-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>(1) ANTHONY ARILOTTA, )<br>(2) DAVID CECCHETELLI, and )<br>(3) LOUIS NAIOLEARI, )<br>    Defendants ) | |

To the Clerk of the above-named Court:

**NOTICE OF APPEARANCE**

Please enter my appearance for the Defendant, David Cecchettelli, in the above-captioned matter.

                                  THE DEFENDANT
                                  DAVID CECCHETELLI

                                  By_____
                                  Daniel D. Kelly, Esq., of
                                  Robinson Donovan, P.C.
                                  1500 Main Street, Suite 1600
                                  Springfield, Massachusetts 01115
                                  Phone (413) 732-2301  Fax (413) 785-4658
                                  BBO No.: 634648

**CERTIFICATE OF SERVICE**

    I, Daniel D. Kelly, Esq., hereby certify that on this _____ day of March, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Ariane D. Vuono, Assistant U.S. Attorney, U.S. Attorney's Office, Federal Building and Courthouse, 1550 Main Street, Springfield, Massachusetts 01103.

    Subscribed under the penalties of perjury.

                                    _____
                                    Daniel D. Kelly

394575