UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIM. NO. 05-30001-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| (1) ANTHONY ARILOTTA, | ) |
| (2) DAVID CECCHETELLI, and | ) |
| (3) LOUIS NAIOLEARI, | ) |
|     Defendants | ) |

**NOTICE REGARDING AUTOMATIC DISCLOSURE**

In accordance with Local Rule (LR) 116.1, the defendant, David Cecchetelli, in the above-entitled indictment states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

THE DEFENDANT
DAVID CECCHETELLI

By    /s/ Daniel D. Kelly
Daniel D. Kelly, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 634648

CERTIFICATE OF SERVICE

I, Daniel D. Kelly, Esq., hereby certify that on this 21st day of March, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Ariane D. Vuono, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Federal Building and Courthouse, 1550 Main Street, Springfield, Massachusetts 01103.

Subscribed under the penalties of perjury.

   /s/ Daniel D. Kelly
Daniel D. Kelly

395149