



Daniel D. Kelly, Esq.

dkelly@robinson-donovan.com

July 26, 2005

BY HAND

The Honorable Kenneth P. Neiman
U.S. District Court
Federal Bldg. And Courthouse
1550 Main Street
Springfield, MA 01103

    RE:    USA v. Arillota, et al.
             US District Court Docket No. 05-30001-MAP

Dear Judge Neiman:

    I am writing to apologize to you and to the Court for my non-appearance at today's Status Conference in the *USA v. Arillota* matter. I mistakenly had this on my schedule today for 2:30 p.m. and was prepared to be in your courtroom at that time. I have since learned that the Conference went forward at 12:30 after a considerable delay awaiting my arrival. I am deeply sorry for any inconvenience I may have caused the Court. I hope that my action is not interpreted as a lack of respect for this Court.

    I deeply apologize for this error on my behalf.

                                    Very truly yours,

                                    Daniel D. Kelly

DDK/kef

405604

ROBINSON DONOVAN, P.C.
MAIN OFFICE: 1500 Main Street, Suite 1600 • Post Office Box 15609 • Springfield, MA 01115-5609 • 413-732-2301 • Fax: 413-785-4658
Northampton Office: 16 Armory Street • Northampton, MA 01060 • 413-587-9853
www.robinson-donovan.com