UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DAVID CECCHETELLI,    )<br>)<br>Defendant.    ) | CRIMINAL NO. 05-30001-MAP |

GOVERNMENT'S MOTION TO CONTINUE CHANGE OF PLEA HEARING
(Assented)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the plea hearing scheduled for October 7, 2005, be continued to October 21, 2005, at 11:30 a.m. In support of its motion the government states the following:

1. The Court has previously scheduled a change of plea hearing for Mr. Cecchetelli for October 7, 2005, at 2:00 p.m.

2. Undersigned counsel will be out of state and unavailable on October 7, 2005.

3. Counsel for Mr. Cecchetelli and the government have agreed to continue the change of plea hearing until Friday, October 21, 2005, at 11:30 a.m.

WHEREFORE, the government respectfully requests the Court to continue the change of plea hearing to October 21, 2005, at 11:30

a.m.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:      _____
            Ariane D. Vuono
            Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                       October 6, 2005

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on all counsel of record.

                                              _____
                                            Ariane D. Vuono
                                            Assistant U.S. Attorney