UNITED STATES DISTRICT COURT
DISTRCIT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | Crim. No.05-30001    MAP |
| V. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ANTHONY ARILLOTTA, ) | |
| DAVID CECCHETELLI, and ) | |
| LOUIS NAIOLEARI ) | |

### DEFENDANT DAVID CECCHETELLI'S MOTION TO POSTPONE SURRENDER DATE

NOW here comes the defendant David Cecchetelli's and respectfully requests this Honorable Court to postpone his surrender date of March 31, 2006, until April 28, 2006.

On March 3, 2006 the defendant David Cecchetelli was sentenced by this court to eighth months in the custody of the United States Bureau of Prisons for counts 1 and 2 of this indictment, sentences to be run concurrently.  This court made the specific recommendation that due to the defendant's medical condition of myasthenia gravis, that he be permitted to serve his sentence at the Federal Medical Center at Ft. Devens.  The court ordered that Mr. Cecchetelli surrender himself at the institution designated for him by the Bureau of Prisons on March 31, 2006.

Shortly after the sentencing on March 3, 2006, during the defendant's post sentencing interview with the U.S. Marshall's Service, the defendant and undersigned counsel were notified that the designation center of the U.S. Marshal's Service was in the process of being moved from Boston, MA, to Austin, TX.  The U.S Marshal conducting the interview expressed doubt as to whether Mr. Cecchetelli would have any designation by March 31, 2006 due to this move.  As of this date Mr. Cecchetelli has not been designated for any facility, and has been informed by the U.S. Marshal's Service that this process will take approximately thirty more days.

As such, the defendant David Cecchetelli is requesting this Honorable Court to postpone his surrender date for approximately one more month so that he may be

properly designated for a particular prison by the U.S. Marshal's Service. The defendant states that if this motion is not allowed, the defendant will be taken into custody, and sent to a facility that in all likelihood will not be able to render the proper medical care that the defendant needs for his serious neurological condition. The defendant further states that the allowance of this motion will simply allow for the specific recommendations of this court to be taken into consideration.

                          THE DEFENDANT
                          DAVID CECCHETELLI,


                          _/s/_____
                          Daniel D. Kelly, Esq.
                          101 State Street Site 715
                          Springfield, MA 01103
                          Phone 413-733-0770
                          Fax 413-733-1245
                          BBO# 634648


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 22, 2006.


                          /s/_____
                          Daniel D. Kelly