UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CR NO: 05-30001-MAP

DAVID CECCHETELLI

ORDER

March 28, 2006

The Court having granted a Motion to postpone surrender date, it is hereby ordered

that the defendant shall self surrender to the designated institution on or before

April 28, 2006 before 2:00 p.m.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE